# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONY McCOY**  **PLAINTIFF**
ADC #550483

v.   **CASE NO. 4:22-CV-00222-BSM**

**TISCHA JOHNSON, et al.**  **DEFENDANTS**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 23] is adopted. The motion for summary judgment filed by Tischa Johnson, Catherine Sholar, Lieutenant Key, and Sheriff Walton [Doc. No. 14] is denied. Accordingly, the discovery stay [Doc. No. 12] is lifted and Tony McCoy's claims may proceed.

IT IS SO ORDERED this 21st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE