IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY MCCOY**  **PLAINTIFF**
**ADC #550483**

v.                    CASE NO. 4:22-CV-00222-BSM

**TISCHA JOHNSON,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 37] is adopted.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE