IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY MCCOY**                                                                                     **PLAINTIFF**
**ADC #550483**

**v.**                                         **CASE NO. 4:22-CV-00222-BSM**

**TISCHA JOHNSON,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE